**KAUFMAN DOLOWICH VOLUCK**
ATTORNEYS AT LAW

*Erika H. Rosenblum, Esq.*
*ERosenblum@kdvlaw.com*



```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  02/04/2020
```

Kaufman Dolowich & Voluck, LLP
135 Crossways Park Drive, Suite 201
Woodbury, New York 11797

Telephone: 516.681.1100
Facsimile: 516.681.1101

www.kdvlaw.com

February 4, 2020

**VIA ECF**
Judge Valerie Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

**MEMO ENDORSED**

Re:  **Lawrence Young v. Hasbrouck House, LLC**
     **Index No.: 19-cv-09242 (VEC)**

Dear Judge Caproni:

This firm represents the Defendant, Hasbrouck House, LLC ("Defendant") in the above-referenced matter.

I write, with the consent of Plaintiff's counsel, to request an adjournment of the initial conference, which is currently scheduled for Friday, February 7, 2020. The adjournment request is being made because the Parties are engaging in good faith settlement discussions and wish to focus their efforts on resolution at this time. Though the Parties are submitting this request for an adjournment of the initial conference, in the event that the conference is not adjourned before close of business today, the Parties will file the joint letter and case management plan.

This is Defendant's first request for an adjournment of the initial conference.

We thank Your Honor for all courtesies extended.

Respectfully submitted,
Kaufman Dolowich & Voluck, LLP

Erika Rosenblum

Cc:  All Counsel of Record (*via* ECF)

4820-0370-8595, v. 1

New York | New Jersey | Pennsylvania | Florida | Illinois | California

The initial conference is adjourned to **February 28, 2020, at 10:00 A.M.**  Joint pre-conference submissions are due on or before **February 20, 2020**.  No further extensions.

The Court notes that the parties failed to request the adjournment until after being reminded of their failure to submit joint submissions.  Further non-compliance with this Court's orders may result in an order to show cause why sanctions should not be imposed.

SO ORDERED.            Date: 02/04/2020

*Valerie Caproni*

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE